# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THUY PHAM,

        Plaintiff,

-vs-                                      Case No. 6:08-cv-1734-Orl-28GJK

ADVANCED AESTHETIC SURGERY
CENTER, INC.,

        Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 7) filed December 18, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 24, 2008 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement (Doc. No. 7) is **GRANTED** and the settlement approved to the extent that the Court finds the parties' settlement (Doc. No. 9) to be a fair and reasonable resolution of the Fair Labor Standard Act issues.

    3.    This case is dismissed with prejudice.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of January, 2009.

*/s/ John Antoon II*
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party